**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00904-CV

————————————

## IN RE CONSOLIDATED CRANE AND RIGGING, LLC AND MATTHEW SCHAEFER, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus, complaining that the trial court has not ruled on their motion for traditional and no-evidence summary judgment.[1]

---

[1] The underlying case is *Luis Aragon v. Consolidated Crane and Rigging, LLC and Matthew Schaefer*, cause number 2021-55122, pending in the 164th District Court of Harris County, Texas, the Honorable C. Elliott Thornton presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.